## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| LISA LYNN JOHNSON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:12-CV-257 |
| WELLS FARGO BANK, N.A. | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On August 31, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Memorandum in Support of Motion for Temporary Restraining Order (Dkt. 15) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.  Therefore, Plaintiff's Memorandum in Support of Motion for Temporary Restraining Order (Dkt. 15) is DENIED.

**IT IS SO ORDERED.**

**SIGNED this the 27th day of September, 2012.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE